1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

UNITED STATES OF AMERICA,   )   Case №: 1:18-CR-00051-3-JLT
   )

9

Plaintiff,   )   **O R D E R**
   )   **APPOINTING COUNSEL**

10

vs.   )
   )

11

JAIME GABRIEL ARELLANO, III,   )
   )

12

Defendant.   )
   )

13
14

The above named Defendant has, under oath, sworn or affirmed as to his financial

15

inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16

obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17

justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18

IT IS HEREBY ORDERED that Adilene Flores-Estrada be appointed to represent the

19

above defendant in this case effective *nunc pro tunc* to July 18, 2022.

20
21

This appointment shall remain in effect until further order of this court.

22

IT IS SO ORDERED.

23
24

Dated:   **July 25, 2022**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

25
26
27
28

-1-