PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>JAIME G. ARELLANO, III,<br><br>               Defendant. | CASE NO.  1:18-CR-00051-JLT-SKO<br><br>STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT |

WHEREAS, certain of the discovery contains audio and video recordings of controlled purchases of firearms which recordings may identify undercover law enforcement agents, confidential informants, and other law enforcement sensitive information ("Protected Information"); and

WHEREAS, the parties desire to provide discovery to the defense while also protecting the unauthorized disclosure or dissemination of this information;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Defendant Jaime G. Arellano, III, by and through his counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Jeffrey A. Spivak, hereby agree and stipulate as follows:

1.      This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.      This Order pertains to all discovery provided to or made available to Defense Counsel as

part of discovery in this case (hereafter, collectively known as "the discovery").

3.     By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff.  Defense Counsel may permit the Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4.     The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States of America ("Government").  Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5.     Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.     Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

///
///
///
///
///
///
///
///
///
///
///

STIPULATION AND PROTECTIVE ORDER

2

7.      In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: October 24, 2022                          PHILLIP A. TALBERT
                                                 United States Attorney


                                          By:   /s/Jeffrey A. Spivak
                                                JEFFREY A. SPIVAK
                                                Assistant United States Attorney


Dated:  October 24, 2022                  By: /s/ Adilene Flores Estrada
                                                ADILENE FLORES ESTRADA
                                                Attorney for Defendant
                                                JAIME G. ARELLANO, III




**PROTECTIVE ORDER**

IT IS SO ORDERED.

Dated:   **November 7, 2022**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE