Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: ((209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for JAIME GABRIEL ARELLANO, III

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAIME GABRIEL ARELLANO, III,

    Defendant.

Case No.:  1:18- cr-00051

**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**

**STIPULATION**

  Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

  1. By previous order, this matter was set for Status Conference on March 15, 2023.

  2. By this stipulation, defendant, and Plaintiff United States of America, now move to continue the case and set a status conference on July 5, 2023, at 1:00 p.m., and to exclude time between March 15, 2023, and July 5, 2023, at 1:00 p.m., under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

  3. The parties agree and stipulate, and request that the Court find the following:

    a) Defendant made his initial appearance in this case on July 19, 2022.

    b) The government has represented that the discovery associated with this case is voluminous and includes reports, warrants, photographs, criminal history, audio files, and videos.

   c) Counsel for defendant desires additional time to review discovery, conduct investigation and research related to the charges, conduct research into any mitigating factors, consult with her client, discuss a potential plea with the government, and to otherwise prepare for trial.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government would like more time for settlement purposes.

   f) The government nor defendant, object to the continuance.

   g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 15, 2023 to July 5, 2023, at 1:00 p.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: March 8, 2023         PHILLIP A. TALBERT
                 United States Attorney

                 /s/ JEFFREY A. SPIVAK
                 JEFFREY A. SPIVAK
                 Assistant United States Attorney

Dated: March 8, 2023                          /s/ ADILENE FLORES ESTRADA
                                              ADILENE FLORES ESTRADA
                                              Counsel for Defendant
                                              JAIME GABRIEL ARELLANO, III

**ORDER**

IT IS SO ORDERED.

DATED: 3/9/2023                          _Sheila K. Oberto_
                                         THE HONORABLE SHEILA K. OBERTO
                                         UNITED STATES MAGISTRATE JUDGE