Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: ((209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for JAIME GABRIEL ARELLANO, III

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAIME GABRIEL ARELLANO, III,<br><br>　　　　　Defendant. | Case No.:  1:18- cr-00051<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;** |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Status Conference on November 15, 2023.

2. By this stipulation, defendant, and Plaintiff United States of America, now move to continue the case and set a status conference on December 4, 2024, at 1:00 p.m., and to exclude time between November 15, 2023, and December 4, 2024, at 1:00 p.m., under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) Defendant made his initial appearance in this case on July 19, 2022.

      b)      On November 3, 2023, Mr. Arellano and the United States of America entered into an agreement for deferred prosecution.

      c)      The deferred prosecution agreement will be effective for a twelve-month period from the date of Honorable Judge Thurston's signature, November 3, 2023, to November 3, 2024.

      d)      Counsel for defendant requests this continuance and believes that failure to grant the above-requested continuance would deny her ability to effectively represent Mr. Arellano.

      e)      The government nor defendant, object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 15, 2023 to December 4, 2024, at 1:00 p.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  November 13, 2023                              PHILLIP A. TALBERT
                                                             United States Attorney

                                                                /s/ JEFFREY A. SPIVAK
                                                                 JEFFREY A. SPIVAK
                                                                Assistant United States Attorney

Dated:  November 13, 2023

/s/ ADILENE FLORES ESTRADA
ADILENE FLORES ESTRADA
Counsel for Defendant
JAIME GABRIEL ARELLANO, III

**ORDER**

IT IS SO ORDERED.

DATED: 11/13/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE